# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1569.  JIMMY CLARK v. TONI BREWER.

A trial court found Jimmy Clark in contempt for failing to pay $40,969.00 in child support.  Clark filed this direct appeal. We, however, lack jurisdiction.

Because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 426-427 (731 SE2d 110) (2012).  Appeals in such matters must be taken by application for discretionary appeal. See *Booker*, supra. Clark's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider his appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/26/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*